FMS MANAGEMENT SYSTEMS, INC. v. E. H. THOMAS AND JESSE M. WALLER

No. 19A84

(Filed 30 April 1984)

APPEAL of right, pursuant to G.S. 7A-30(2), from a decision of a divided panel of the Court of Appeals, affirming the trial court's granting of plaintiff's motion for judgment on the pleadings in an action on a Florida deficiency judgment. The opinion of the Court of Appeals by *Judge Vaughn*, with *Judge Braswell* concurring and *Judge Wells* dissenting, is reported at 65 N.C. App. 561, 309 S.E. 2d 697 (1983).

*Young, Moore, Henderson & Alvis, P.A., by Edward B. Clark and B. T. Henderson, II, for plaintiff appellee.*

*Parker Whedon for defendant appellants.*

PER CURIAM.

The pertinent facts are accurately stated in the decision of the Court of Appeals. For the reasons there stated, the decision of the Court of Appeals is

Affirmed.